IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:07-cr-00403-SI-16 |
| Plaintiff, | ORDER GRANTING MOTION TO REDUCE SENTENCE |
| v. | |
| ADEMIR HERNANDEZ-ARCIGA, | |
| Defendant. | |

SIMON, District Judge:

This matter is before the Court on the defendant's motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served, effective seven (7) days after the entry of an amended judgment. The Court concludes that the defendant's release pursuant to this order will not pose a danger to any other person or the community.

The Court therefore GRANTS the Motion to Reduce Sentence (ECF 814).

Page 1   ORDER GRANTING MOTION TO REDUCE SENTENCE

IT IS HEREBY ORDERED that an amended judgment and commitment order shall be prepared and entered forthwith amending the term of imprisonment on all counts to time served, effective seven (7) days after the entry of the amended judgment.

Dated this __14th__ day of September, 2022.

_____
Honorable Michael H. Simon
United States District Judge